Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 11−39278−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rochelle Caldwell
   21 Hamal Court
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−8490

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/31/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 31, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 11-39278-JNP
Rochelle Caldwell                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin           Page 1 of 2            Date Rcvd: Mar 31, 2017
                            Form ID: 148          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
```
db            +Rochelle Caldwell,   21 Hamal Court,   Blackwood, NJ 08012-2420
cr            +Specialized Loan Servicing LLC,   C/O Buckley Madole, P.C.,   99 Wood Avenue South, Suite 803,
                Iselin, NJ 08830-2713
cr            +Specialized Loan Servicing LLC, as servicing agent,   PO BOX 9013,   Addison, TX 75001-9013
512424722     +Amc Mortgage Services,   Po Box 11000,   Santa Ana, CA 92711-1000
512424727      City Auto Select,   2451 Mt. Ephraim,   Camden, NJ 08104
512472286     +City Auto Select,   4375 Route 130 South,   Burlington, NJ 08016-2249
512424729    ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Mana,   1130 Northchase Pkwy Ste,
                Marietta, GA 30067)
512571677   +++Midland Credit Management, Inc.,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
512424730     +Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
512424731     +Professnl Acct Mgmt In,   633 W Wisconsin Ave Ste,   Milwaukee, WI 53203-1920
512424732     +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
512424735     +South Jersey Federal C,   Po Box 5530,   Deptford, NJ 08096-0530
515115532     +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
515115533     +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,   Specialized Loan Servicing, LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
512424736     +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2017 23:44:23    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2017 23:44:19    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: bankruptcy@southjerseyfcu.com Mar 31 2017 23:44:21    South Jersey FCU,
                1615 Hurffville Road,   PO Box 5530,   Deptford, NJ 08096-0530
512439763      EDI: PHINAMERI.COM Mar 31 2017 23:23:00    Americredit Financial Services, Inc.,
                PO Box 183853,   Arlington TX 76096
512439805      EDI: AIS.COM Mar 31 2017 23:23:00    American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK 73124-8848
512424723     +EDI: PHINAMERI.COM Mar 31 2017 23:23:00    Americredit,   Po Box 181145,
                Arlington, TX 76096-1145
512424724     +E-mail/Text: bankruptcy@pepcoholdings.com Mar 31 2017 23:44:04    Atlanic City Electric,
                PO Box 4875,   Trenton, NJ 08650-4875
512424725     +EDI: BANKAMER.COM Mar 31 2017 23:23:00    Bac Home Loans Servici,   450 American St,
                Simi Valley, CA 93065-6285
512473416     +EDI: BANKAMER.COM Mar 31 2017 23:23:00    Bank of America, NA,   Mail Stop: TX2-982-03-03,
                7105 Corporate Drive,   Plano, TX 75024-4100
512424726     +E-mail/Text: banko@berkscredit.com Mar 31 2017 23:43:59    Berks Credit & Colle,   Po Box 329,
                Temple, PA 19560-0329
512424728      EDI: DIRECTV.COM Mar 31 2017 23:23:00    Directv,   Box 11732,   Newark, NJ 07101
512424733     +E-mail/Text: Supportservices@receivablesperformance.com Mar 31 2017 23:45:15
                Receivables Performanc,   20816 44th Ave W,   Lynnwood, WA 98036-7744
512424734     +EDI: NAVIENTFKASMSERV.COM Mar 31 2017 23:23:00    Sallie Mae,   Po Box 9500,
                Wilkes Barre, PA 18773-9500
514278421      EDI: NAVIENTFKASMDOE.COM Mar 31 2017 23:23:00    Sallie Mae Inc. on behalf of,
                Department of Education,   P.O. Box 740351,   Atlanta, Ga 30374-0351
512506367      EDI: NAVIENTFKASMGUAR.COM Mar 31 2017 23:23:00    Sallie Mae Inc. on behalf of USA FUNDS,
                Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
512424737     +EDI: VERIZONEAST.COM Mar 31 2017 23:23:00    Verizon New Jersey Inc,   500 Technology Dr,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Midland Credit Management Inc,   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Mar 31, 2017
                               Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2006-26
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Georgette  Miller    on behalf of Debtor Rochelle  Caldwell info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
              William M. E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York, as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series
               2006-26 ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2006-26
               ecf@powerskirn.com
                                                                                             TOTAL: 10
```